UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------ x
**JILL FERGUSON**, on behalf of herself and
similarly situated employees,

    *Plaintiff,*   Civil Action No. 2:18-cv-00470 MJH

    v.   Electronically Filed

**AQUATECH INTERNATIONAL, LLC,**

    *Defendant.*
------------------------------------------------ x

## ORDER

**AND NOW,** upon review of the parties' Joint Motion for Approval of FLSA Settlement, it is hereby **ORDERED** that the Motion is **GRANTED**.

The settlement agreement attached as Exhibit A to the Motion is approved as a fair and reasonable resolution of a bona fide dispute under 29 U.S.C. § 201 *et seq.*

DATED: March 16, 2019

_____
Hon. Marilyn J. Horan
United States District Judge