## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| **JILL FERGUSON**, on behalf of herself and similarly situated employees, | : |
| *Plaintiff,* | : Civil Action No. 2:18-cv-00470 MJH |
| v. | : Electronically Filed |
| **AQUATECH INTERNATIONAL, LLC,** | : |
| *Defendant.* | : |

---

## ORDER OF COURT

AND NOW, it is hereby ORDERED that the above-captioned matter is DISMISSED, WITH PREJUDICE, each party to bear its own fees and costs.

DATED: April 10, 2019

_____
Hon. Marilyn J. Horan
United States District Judge